```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 25757
   DJAMAA EDWARDS
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-3825


------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 09/26/2008 and was not confirmed.

     The case was dismissed without confirmation 02/02/2009.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID           PAID
------------------------------------------------------------------------------
PREMIER BANKCARD           UNSECURED             389.29         .00            .00
FISHER & SHAPIRO           NOTICE ONLY      NOT FILED           .00            .00
FREEDMAN ANSELMO & LINDB   NOTICE ONLY      NOT FILED           .00            .00
HSBC                       UNSECURED        NOT FILED           .00            .00
ISAC                       NOTICE ONLY      NOT FILED           .00            .00
EVERGREEN EMERGENCY SERV   UNSECURED        NOT FILED           .00            .00
MIDNIGHT VELVET            UNSECURED             273.92         .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED             297.32         .00            .00
ISAC                       UNSECURED               .00          .00            .00
SALUTE/UTB                 UNSECURED        NOT FILED           .00            .00
SORMAN & FRANKEL LTD       NOTICE ONLY      NOT FILED           .00            .00
TRS RECOVERY SVC           UNSECURED        NOT FILED           .00            .00
UIC DENTAL CLINIC          UNSECURED        NOT FILED           .00            .00
US DEPT OF EDUCATION       UNSECURED               .00          .00            .00
US DEPT OF EDUCATION       UNSECURED               .00          .00            .00
AMERICREDIT FINANCIAL SV   SECURED VEHIC    12500.00            .00         727.56
AMERICREDIT FINANCIAL SV   UNSECURED          7406.33           .00            .00
SAXON MORTGAGE SERVICES    CURRENT MORTG         .00            .00            .00
SAXON MORTGAGE SERVICES    UNSECURED        NOT FILED           .00            .00
SAXON MORTGAGE SERVICES    MORTGAGE ARRE         .00            .00            .00
SAXON MORTGAGE SERVICES    MORTGAGE NOTI    NOT FILED           .00            .00
INTERNAL REVENUE SERVICE   NOTICE ONLY      NOT FILED           .00            .00
INTERNAL REVENUE SERVICE   PRIORITY         NOT FILED           .00            .00
LEEDERS & ASSOCIATES LTD   DEBTOR ATTY        2,730.00                         .00
TOM VAUGHN                 TRUSTEE                                           56.44
DEBTOR REFUND              REFUND                                              .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                          RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                      784.00

PRIORITY                                             .00
SECURED                                           727.56

                 PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 08 B 25757 DJAMAA EDWARDS
```

```
UNSECURED                                                              .00
ADMINISTRATIVE                                                         .00
TRUSTEE COMPENSATION                                                 56.44
DEBTOR REFUND                                                          .00
                                  ----------------      ----------------
TOTALS                                    784.00                    784.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
   Dated: 03/05/09                 _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE